1 **ZACHARIAH E. MOURA (SBN 279508)**
zem@fischbachlaw.com
2 **KATHARINE B. K. LAU (SBN 303135)**
kbkl@fischbachlaw.com
3 **JOSEPH S. FISCHBACH (SBN 70830)**
jsf2@fischbachlaw.com
4 **Fischbach & Fischbach, A Law Corporation**
5 **8200 Wilshire Boulevard, Suite 424**
**Beverly Hills, California  90211**
6 **Telephone: (310) 278-4015**
7 **Facsimile: (310) 278-2894**
**Attorneys for Plaintiff**

8



FILED
CLERK, U.S. DISTRICT COURT

December 3, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

9 ## UNITED STATES DISTRICT COURT

10 ## CENTRAL DISTRICT OF CALIFORNIA

11

12 **N.E. DESIGNS, INC., a California corporation,**

13

14         **Plaintiff,**

15         **vs.**

16 **ZAA STUDIO, LLC,  a California limited liability company; ZAVEN**
17 **JOHN AYVAZIAN, an individual; and ANGEL DIAZ, an individual,**
18

19         **Defendants.**

20

Case No.: 2:15-cv-4082

Judge: Hon. Stephen V. Wilson

**ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER**

[Complaint Filed: May 31, 2015]

21
22
23
24
25
26
27
28

-1-
**JOINT STIPULATION TO DISMISS**

FISCHBACH & FISCHBACH, A LAW CORPORATION
8200 WILSHIRE BLVD  SUITE 424
BEVERLY HILLS, CALIFORNIA  90211

N.E. Designs, Inc.; ZAA Studio, LLC; Zaven John Ayvazian; and Angel Diaz, by and through their counsel of record, enter into the following Stipulation ("Stipulation") after settlement of the entire matter:

The parties hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that Plaintiffs's Complaint in the above-captioned action be dismissed with prejudice. All Parties to bear their own costs and attorney's fees.

**IT IS SO STIPULATED.**

**DATED: December 3, 2015**          **FISCHBACH & FISCHBACH**
                                     **A LAW CORPORATION**


                                     **By: s/Zachariah E. Moura**
                                     **ZACHARIAH E. MOURA**
                                     **Attorneys for Plaintiffs**

**DATED: December 3, 2015**          **WITKOW LAW**


                                     **By: s/Brandon Witkow**
                                     **BRANDON WITKOW**
                                     **Attorneys for Defendants**


**IT IS SO ORDERED**


**DATED: December 3, 2015**          _____
                                     **Hon. Stephen V. Wilson**
                                     **United States District Court Judge**

Fischbach & Fischbach, A Law Corporation
8200 Wilshire Blvd  Suite 424
Beverly Hills, California 90211

JOINT STIPULATION TO DISMISS